UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZINDY CORP., <br><br> Plaintiff, <br><br> v. <br><br> ADMIRAL INSURANCE COMPANY, <br><br> Defendant. | Case No.23-cv-03893-AMO <br><br> **JUDGMENT** |

On December 2, 2024, the Court granted Defendant Admiral Insurance Company's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 2, 2024

_____

**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**